1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE WEAVER,                          )        1:06-CV-00485 OWW LJO P
                                             )
12         Plaintiff,                        )        ORDER GRANTING SECOND
                                             )        EXTENSION OF TIME TO FILE
13         v.                                )        OBJECTIONS
                                             )        (DOCUMENT #7)
14   CALIFORNIA CORRECTIONAL                 )
     INSTITUTION CONFINEMENT SHU,            )
15   et al.,                                 )
                                             )
16         Defendants.                       )
     _____)

17

18         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

19   July 18, 2006, plaintiff filed a motion for a second extension of time to file objections to the Findings

20   and Recommendations.   Good cause having been presented to the court and GOOD CAUSE

     APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21         Plaintiff is granted twenty (20) days from the date of service of this order in which to file his

22   objections.

23   IT IS SO ORDERED.

24   **Dated:    August 16, 2006**                    **/s/ Lawrence J. O'Neill**
25   b6edp0                                           UNITED STATES MAGISTRATE JUDGE

26

27

28