UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-cv-00485-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, | |
| Defendants. | |

Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 18, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On June 5, 2006 and July 18, 2006, respectively, Plaintiff filed a motion to extend time. On June 16, 2006 and August 16, 2006, respectively, the court granted Plaintiff an additional

1

twenty (20) days within which to respond.  On September 1, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 18, 2006, are ADOPTED IN FULL; and,

2. The instant case is DISMISSED in its entirety as DUPLICATIVE of case nos. CV F 06-429 AWI SMS P, CV F 06-441 OWW SMS P, and CV F 06-471 AWI LJO P, FAILS TO STATE A CLAIM upon which relief can be granted and because the allegations made are FRIVOLOUS.

IT IS SO ORDERED.

**Dated:  September 29, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

2